STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the twelfth day of November, 2012.

Present: Thomas L. Kilbride, Chief Justice
Justice Charles E. Freeman         Justice Robert R. Thomas
Justice Rita B. Garman             Justice Lloyd A. Karmeier
Justice Anne M. Burke              Justice Mary Jane Theis

---

On the nineteenth day of November, 2012, the Supreme Court entered the following judgment:

In re:

M.R.25512

Francis H. Kennedy, Jr.                    Attorney
4143 Nebraska Ave., 2N                     Registration and
St. Louis, MO 63118-4417                   Disciplinary
                                           Commission
                                           2012PR00090

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Francis H. Kennedy, Jr., who has been disciplined in the State of Missouri, is reprimanded in the State of Illinois.

Order entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this nineteenth day of November, 2012.

*Carolyn Taft Grosboll*
Clerk,
Supreme Court of the State of Illinois