STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the twelfth day of November, 2012.

Present: Thomas L. Kilbride, Chief Justice

Justice Charles E. Freeman                     Justice Robert R. Thomas
Justice Rita B. Garman                         Justice Lloyd A. Karmeier
Justice Anne M. Burke                          Justice Mary Jane Theis

---

On the nineteenth day of November, 2012, the Supreme Court entered the following judgment:

In re:

M.R.25512

Francis H. Kennedy, Jr.                                    Attorney
4143 Nebraska Ave., 2N                                     Registration and
St. Louis, MO  63118-4417                                  Disciplinary
                                                           Commission
                                                           2012PR00090

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Francis H. Kennedy, Jr., who has been disciplined in the State of Missouri, is reprimanded in the State of Illinois.

Order entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed
my name and affixed the Seal of said Court, this
nineteenth day of November, 2012.



Carolyn Toft Grosboll
                                               Clerk,
                            Supreme Court of the State of Illinois